**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BIRGIT DUELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Misc. Nos. 25-205-CFC-LDH |
| v. | ) | 25-207-CFC-LDH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT & RECOMMENDATION

WHEREAS, Petitioner filed Motions to Reopen the Case on November 14, 2025 at D.I. 9 in the above-captioned cases;

WHEREAS, Defendant filed an Answering Brief at D.I. 10 in the above-captioned cases informing the Court that it does not oppose Petitioner's Motion in light of her certificates of service appended to the original Petitions to Quash Third-Party Summonses;

ACCCORDINGLY, I hereby recommend that Petitioner's Motions to Reopen the Case be GRANTED and that Defendant's responses to the Petitions be filed no later than June 3, 2026.

Dated: May 5, 2026

_____
United States Magistrate Judge