IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIRGIT DUELL,                          )
                                       )
            Petitioner,                )
                                       )   Misc. Nos. 25-205-CFC-LDH
      v.                               )             25-207-CFC-LDH
                                       )
UNITED STATES OF AMERICA,              )
                                       )
            Respondent.                )

## ORDER

At Wilmington on this __20th__ day of May in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Laura D. hatcher

filed on May 5, 2026, and upon the expiration of the time allowed for objections

pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections

having been filed;

It is HEREBY ORDERED that:

1.      The Magistrate Judge's Report and Recommendation is **ADOPTED**.

2.      Petitioner's Motions to Reopen the Case are **GRANTED** and

        Respondent's responses to the Petitions shall be filed no later than

        June 3, 2026.

_____
/s/ Colm F. Connolly
                              Chief Judge